UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

WILLIAM KITCHEN,

                                                 Plaintiff,    **NOTICE OF APPEARANCE**

                -against-

                                                                                                                                  08-CV-4296 (DC)

PHIPPS HOUSES GROUP OF COMPANIES, PHIPPS
HOUSES SERVICES, INC., 1691 FULTON AVENUE
ASSOC, LP, CROTONA PARK WEST HOUSING
DEVELOPMENT FUND CORP., CROTONA ESTATES
ASSOCIATES, LYNDA SIMMONS HOMES, NEW
YORK CITY DEPARTMENT OF BUILDINGS, NEW
YORK CITY DEPARTMENT OF DEPARTMENT OF
ENVIRONMENTAL PROTECTION, CRESCENT
EASTERN CONSTRUCTION CORP., JUDGE J. KLEIN
- CIVIL COURT OF THE CITY OF NEW YORK, C.E.O
ADAM WEINSTEIN, GEORGE MORRIS, FJC
SECURITY, PRC MANAGEMENT, AND NEW YORK
CITY DEPARTMENT OF HOUSING PRESERVATION
AND DEVELOPMENT.

                                                                                    Defendants.

------------------------------------------------------------------------ x

**TO THE CLERK OF THE COURT:**

       **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Christina L. Hoggan, appears as counsel for Defendants New York City Department of Buildings ("DOB"), New York City Department of Environmental Protection ("DEP"), and New York City Department of Housing Preservation and Development ("HPD") and requests to receive notice of

all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: New York, New York
August 1, 2008

          MICHAEL A. CARDOZO
          Corporation Counsel of
          the City of New York
          Attorney for DOB, HPD, and HPD
          100 Church St., Rm.5-154
          New York, New York  10007
          Email: choggan@law.nyc.gov
          Tel: (212) 788-0461
          Fax: (212) 791-9714

          By: _____
               Christina L. Hoggan (CH-6877)
               Assistant Corporation Counsel

cc:

Pro Se William Kitchen
1691 Fulton Avenue
Bronx, NY 10457

Phipps Houses Group of Companies
902 Broadway
New York, NY 10010

Phipps Houses Services, Inc.
902 Broadway
New York, NY 10010

1691 Fulton Avenue Assoc, LP
902 Broadway
New York, NY 10010

Crotona Park West Housing Development Corp.
902 Broadway
New York, NY 10010

Crotona Estates Associates
902 Broadway

New York, NY 10010

Lynda Simmons Homes
1581 Fulon Avenue
Bronx, NY 10457

Crescent Eastern Conctruction Corp.
36-44 13th Street
Long Island City, NY  1106
Judge J. Klein
Civil Court of the City of New York
Bronx Housing Court, Part H, Room 560
1118 Grand Concourse
Bronx, NY

Adam Weinstein
902 Broadway
New York, NY 10010

George Morris
902 Broadway
New York, NY 10010

FJC Security
4143 Long Island City
Queens, NY

PRC Management
955 East 163rd Street
Bronx, NY 10459