USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
WILLIAM KITCHEN,                    :

                 Plaintiff,         :     ORDER

        - against -                 :     08 Civ. 4296 (DC)

PHIPPS HOUSES GROUP OF              :
COMPANIES et al.,
                                    :
                 Defendants.
                                    :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

      The Court received letters from several defendants in this action requesting pre-motion conferences to discuss their proposed motions to dismiss the action. Defendants may make their motions to dismiss without a pre-motion conference.

      Defendants shall make their motions to dismiss by September 2, 2008; <u>pro se</u> plaintiff William Kitchen shall oppose the motions by September 23, 2008; defendants' replies are due by October 7, 2008. Plaintiff is advised that if he fails to respond to the motions by September 23, 2008, the motions will be granted on default or decided without the benefit of his input.

      SO ORDERED.

Dated:    New York, New York
            August 12, 2008

                              DENNY CHIN
                              United States District Judge