**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

WILLIAM KITCHEN

Plaintiff(s)

vs.

Phipps Houses Group of Companies, et al. Phipps Houses Services, Inc., 1691 Fulton Avenue Associates LP, Crotona Park West Housing Development Fund Corporation, Crotona Estates Associates, Lynda Simmons Homes, City of New York Department of Buildings, City of New York Department of Environmental Protection, Crescent Eastern Construction Corp, Crescent Eastern Construction Corp, Hon. J. Klein, Civil Court of the City of New York, C.E.O. Adam Weinstein, George Morris- worker, FJC Security, PRC Management, Housing Preservation and Development HPD

Defendant(s)

----------------------------------------------------------------x

ORDER

08 CV 4296 (DC)

**CHIN, District Judge**

By Order dated August 12, 2008, the Court set a Motion schedule ordering Defendants to make their motions to dismiss by September 2, 2008, Pro Se Plaintiff William Kitchen to serve his opposition by September 23, 2008, and Defendants to reply by October 7, 2008. By letter dated August 26, 2008, counsel for the New York City Department of Buildings ("DOB"), New York City Department of Environmental Protection ("DEP"), and the New York City Department of Housing Preservation and Development ("HPD") (collectively "City Defendants) submitted a request to the Court for an extension of time.

The Court hereby grants the request. City Defendants shall make their motion by October 3, 2008; Pro Se Plaintiff William Kitchen shall oppose the motion by October 24, 2008;

City Defendants' reply is due by November 6, 2008. Plaintiff is advised that if he fails to respond to the motion by October 24, 2008, the motion will be granted on default or decided without the benefit of his input.

SO ORDERED.

Dated:   New York, New York
August 28 2008

DENNY CHIN
United States District Judge